IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE WASHINGTON MARINA COMPANY     *
1300 Maine Avenue, S.W.
Washington, DC 20024-2024          *

                                                *

     Plaintiff
                                                *

v.                                                Civil Action No.:
                                             *

P/V CELEBRITY
(Official No. 501178)                *
her engines, equipment, furniture
and all other necessaries thereunto     *
appertaining and belonging, in rem

                                               *

     Defendant                     *

*     *     *     *     *     *     *     *     *     *     *     *     *

## VERIFIED COMPLAINT

Plaintiff, The Washington Marina Company (hereinafter "WMC"), by its attorneys, Donald J. Walsh and RKW, LLC, for its Verified Complaint, in rem, against the P/V CELEBRITY, her engines, tackle, equipment, furniture and all other necessaries thereunto appertaining and belonging, alleges and states:

1. This is a case of admiralty and maritime jurisdiction as hereinafter more fully appears, and is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. Plaintiff, WMC, was and is a District of Columbia corporation with an office and principal place of business at 1300 Maine Avenue, S.W., Washington, DC 20024-2024. At all times relevant herein, WMC was and is engaged in the business of owning and operating a

{00434982v. (11789.00006)}

marina, a ship's supply store, docking of vessels (both wet docked and dry docked) and a yacht and small commercial vessel repair, maintenance and servicing facility. Said facilities are located on the Potomac River, in the Washington Channel of the District of Columbia.

3. At and during all times hereinafter mentioned, the 89-foot long vessel with onboard engines, named CELEBRITY (Official No. 501178), her engines, tackle, equipment, furniture and all other necessaries thereunto appertaining and belonging, has been and remains within this District and the jurisdiction of this Honorable Court.

4. The CELEBRITY, is currently docketed in The Washington Marina Company, 1300 Maine Avenue, S.W. Washington, DC 20024-2024.

5. At all times relevant herein, WMC believes the owners of the CELEBRITY, to be and to have been William R. White and Eric A. Slaughter, whose last known addresses are, respectively, 2808 Eastside Dr., Alexandria, VA 22306 and 522 23rd Place NE, Washington, DC 20002, and who entered into the contract with WMC to provide wharfage, electricity, stores and other necessaries supplied to the vessel at owner's request. That agreement authorized WMC to board the vessel, to remove the vessel if necessary and to hold the owner responsible for the costs and expenses of repair and storage, as necessary.

6. Consistent with the Agreement to provide wharfage, electricity, stores and other necessaries supplied to the vessel at owner's request, WMC did perform the work requested and invoiced the owner for those services. The owners have refused to pay.

7. As of August 3, 2015, WMC provided the vessel with the services referred to above in the total amount of $205,358.24. Despite repeated demands, the vessel's owners have failed and refused to pay the amount due to WMC. Additional amounts have accrued and will continue to accrue into the future. A true and accurate copy of WMC's business records,

including its summary Statement dated January 31, 2022, which support the charges incurred by the vessel through January 31, 2022 are attached hereto and made a part hereof as Exhibit B.

8. Despite WMC's repeated requests to the owners of the P/V CELEBRITY, etc., that the aforesaid amounts be paid, they remain outstanding and unpaid, and the P/V CELEBRITY, etc., upon which WMC has relied for payment, remains within this District.

WHEREFORE, Plaintiff prays:

1. That a warrant for the arrest of the P/V CELEBRITY (Official No. 501178), her engines, equipment, furniture and all other necessaries thereunto appertaining and belonging, may issue, and that all persons claiming any interest therein may be cited to appear and answer the matters aforesaid; and

2. That a Judgment may be entered in favor of WMC for the amount of its claim, with interest, collection fees and costs, and that the P/V CELEBRITY (Official No. 501178), her engines, equipment, furniture and all other necessaries thereunto appertaining and belonging, may be condemned and sold to pay the same; and

3. That WMC may have such other, further and different relief as may be just in the premises.

Respectfully submitted,

*/s/ Donald J. Walsh*
Donald J. Walsh (Bar # 09384)
RKW, LLC
10075 Red Run Blvd, 4th Floor
Owings Mills, Maryland 21117
443.379.4011
443.379.4023 (fax)
dwalsh@RKWLawGroup.com

Attorneys for Plaintiff,
    Washington Marina Company